HAAS v. NEW YORK CENT. & H. R. R. CO. et al. JACOBS v. SAME (two cases). (Supreme Court, Appellate Division, First Department. November 5, 1909.) Separate actions by Jacob G. Haas, as administrator, by David Jacobs, and by Jennie Jacobs against the New York Central & Hudson River Railroad Company and others. C. J. Earley, for appellants. A. I. Elkus and C. S. Petrasch, for respondents. No opinion. Judgments affirmed, with costs. Orders filed.